AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Leury Then Rosario

*Defendant(s)*

Case No. 25-MJ-6114-MPK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Jan. 2023 to present in the county of Essex in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute 400 grams or more of fentanyl and methamphetamine |

This criminal complaint is based on these facts:

See Affidavit of DEA TFO Brian W. Simpkins

☑ Continued on the attached sheet.

/s/ Brian W. Simpkins

*Complainant's signature*

Brian W. Simpkins, DEA TFO

*Printed name and title*

Sworn to before me and signed in my presence.

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 02/24/2025

Page Kelley

*Judge's signature*

City and state: Boston, Massachusetts

Hon. M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*